# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Werner Wolfgang Rümmer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Dakota, et. al., | ) | Case No.: 1:12-cv-020 |
| | ) | |
| Defendants. | ) | |

Attachments 11 and 17-19 to defendants' reply in support of their motion judgment contain sensitive personal information (read: dates of birth) and shall therefore be sealed by the Clerk's office.

**IT IS SO ORDERED.**

Dated this 6th day of October, 2014.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court